Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>MY CHOICE SOFTWARE, LLC, a California limited liability company; and DOES 1 through 5, individuals,<br><br>                    Defendants. | Case No. 15-cv-515<br><br>COMPLAINT FOR:<br><br>(1) COPYRIGHT INFRINGEMENT;<br>(2) FEDERAL TRADEMARK INFRINGEMENT;<br>(3) FALSE DESIGNATION OF ORIGIN, FALSE DESCRIPTION AND FALSE REPRESENTATION;<br>(4) COMMON LAW UNFAIR COMPETITION;<br>(5) IMPOSITION OF A CONSTRUCTIVE TRUST; AND<br>(6) AN ACCOUNTING |

## **COMPLAINT**

Microsoft Corporation ("Microsoft") brings this action against Defendants My Choice Software, LLC, a California limited liability company; and Does 1 through 5, individuals (collectively "Defendants"), alleging that they engaged in copyright and trademark infringement; false designation of origin, false description and representation; and unfair competition.  Microsoft seeks damages, an

-1-

1 | accounting, the imposition of a constructive trust upon Defendants' illegal profits,
2 | and injunctive relief.

### THE PARTIES

4 | 1.     Microsoft is a Washington corporation with its principal place of
5 | business located in Redmond, Washington.  Microsoft develops, markets,
6 | distributes and licenses computer software.

7 | 2.     Upon information and belief, defendant My Choice Software, LLC is a
8 | California limited liability company that advertises and does business through
9 | Internet websites and in Laguna Beach, California.  My Choice Software, LLC is
10 | engaged in the business of advertising, marketing, copying, offering, and/or
11 | distributing software, including purported Microsoft software.

12 | 3.     Upon information and belief, defendants Does 1 through 5 are
13 | individuals who own, operate, are members of, and/or otherwise control My Choice
14 | Software LLC.  Upon information and belief, Does 1 through 5 transact substantial
15 | business in this district.  Upon information and belief, Does 1 through 5 (a)
16 | personally participated in and/or (b) had the right and ability to supervise, direct
17 | and control the wrongful conduct alleged in this Complaint, and (c) derived direct
18 | financial benefit from that wrongful conduct.  Upon information and belief, Does 1
19 | thought 5 also (a) have an apparent partnership or authority to bind one another in
20 | transactions, or (b) exercised joint ownership or control over the infringing items
21 | alleged in this Complaint.

22 | 4.     Upon information and belief, each of the defendants was, at all times
23 | mentioned in this Complaint, acting as the agent, employee, or alter ego of every
24 | other defendant, and in doing the things mentioned herein, was acting within the
25 | course and scope of such agency, employment, or other relationship and with full
26 | knowledge and consent of each of the other defendants.

27 | / / /
28 | / / /

-2-

**JURISDICTION**

5.      This Court has subject matter jurisdiction over Microsoft's claims for trademark infringement, copyright infringement and related claims pursuant to 15 U.S.C. § 1121, 17 U.S.C. § 501, and 28 U.S.C. §§ 1331 and 1338(a).

6.      This Court has supplemental jurisdiction over Microsoft's claims arising under the laws of California pursuant to 28 U.S.C. § 1367(a) because these claims are so related to Microsoft's claims under federal law that they form part of the same case or controversy and derive from a common nucleus of operative fact.

**VENUE**

7.      Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and § 1400(a) because (a) Defendants reside in the Central District of California, and/or (b) a substantial part of the events giving rise to Microsoft's claims occurred in the Central District of California.

**FACTS COMMON TO ALL CLAIMS**

8.      Microsoft develops, advertises, markets, distributes, and licenses a number of computer software programs.  Depending on the version, Microsoft's software programs are distributed recorded on discs, made available by Microsoft for download, or made available by Microsoft for pre-installation.  Microsoft software programs are distributed together with associated proprietary materials such as user's guides, user's manuals, end user license agreements, Certificates of Authenticity, product keys and other components.

9.      A Microsoft product key is a 25-character alphanumeric code, arranged in five groups of five characters each.  Because Microsoft software is capable of being installed on a potentially unlimited number of computers, Microsoft uses product keys as one means of preventing or at least restricting the unauthorized copying of its software.

10.      Office 2013:  Microsoft Office 2013 ("Office 2013") is a suite of popular Microsoft software programs.  Microsoft holds a valid copyright in Office

-3-

1   2013 that was duly and properly registered with the United States Copyright Office.

2   A true and correct copy of the Registration Certificate for Microsoft Office 2013,

3   bearing the number TX 7-649-882, is attached hereto as Exhibit 1 and is

4   incorporated by reference.  Office 2013 includes the following popular Microsoft

5   software programs:

6           A.     Access 2013:  Microsoft Access 2013 is a program that allows

7   users to create and manipulate databases and store data.  Microsoft holds a valid

8   copyright in Microsoft Access 2013 that was duly and properly registered with the

9   United States Copyright Office.  A true and correct copy of the Copyright

10  Registration Certificate for Microsoft Access 2013, bearing the number TX 7-751-

11  913, is attached hereto as Exhibit 2 and is incorporated by reference.

12          B.     Excel 2013:  Microsoft Excel 2013 is a program that allows

13  users to create spreadsheets, perform calculations, and store numerical data.

14  Microsoft holds a valid copyright in Microsoft Excel 2013 that was duly and

15  properly registered with the United States Copyright Office.  A true and correct

16  copy of the Copyright Registration Certificate for Microsoft Excel 2013, bearing

17  the number TX 7-751-917, is attached hereto as Exhibit 3 and is incorporated by

18  reference.

19          C.     OneNote 2013:  Microsoft OneNote 2013 is a program that

20  allows users to organize text, audio, video and notes in one spot.  Microsoft holds a

21  valid copyright in OneNote 2013 that was duly and properly registered with the

22  United States Copyright Office.  A true and correct copy of the Registration

23  Certificate for Microsoft OneNote 2013, bearing the number TX 7-751-910, is

24  attached hereto as Exhibit 4 and is incorporated by reference.

25          D.     Outlook 2013:  Microsoft Office Outlook 2013 is a program that

26  allows users and networked teams to create and manage calendars and contacts.

27  Microsoft holds a valid copyright in Microsoft Office Outlook 2013 that was duly

28  and properly registered with the United States Copyright Office.  A true and correct

1  copy of the Copyright Registration Certificate for Microsoft Office Outlook 2013,
2  bearing the number TX 7-700-066, is attached hereto as Exhibit 5 and is
3  incorporated by reference.

4      E.    PowerPoint 2013:  Microsoft PowerPoint 2013 is a program that
5  allows users to create, organize, and present overhead and slide presentations.
6  Microsoft holds a valid copyright in Microsoft PowerPoint 2013 that was duly and
7  properly registered with the United States Copyright Office.  A true and correct
8  copy of the Copyright Registration Certificate for Microsoft PowerPoint 2013,
9  bearing the number TX 7-751-911, is attached hereto as Exhibit 6 and is
10 incorporated by reference.

11     F.    Publisher 2013:  Microsoft Publisher 2013 is a program that
12 allows users to create, customize, and publish materials such as newsletters.
13 Microsoft holds a valid copyright in Microsoft Publisher 2013 that was duly and
14 properly registered with the United States Copyright Office.  A true and correct
15 copy of the Copyright Registration Certificate for Microsoft Publisher 2013,
16 bearing the number TX 7-674-731, is attached hereto as Exhibit 7 and is
17 incorporated by reference.

18     G.    Word 2013:  Microsoft Word 2013 is a program that allows
19 users to create and edit documents.  Microsoft holds a valid copyright in Microsoft
20 Word 2013 that was duly and properly registered with the United States Copyright
21 Office.  A true and correct copy of the Copyright Registration Certificate for
22 Microsoft Word 2013, bearing the number TX 7-674-730, is attached hereto as
23 Exhibit 8 and is incorporated by reference.

24     11.   Microsoft has also duly and properly registered a number of
25 trademarks and a service mark in the United States Patent and Trademark Office on
26 the Principal Register, including, but not limited to:
27 / / /
28 / / /

1            A.    "MICROSOFT," Trademark and Service Mark Registration No.
2    1,200,236;
3            B.    "MICROSOFT," Trademark Registration No. 1,256,083;
4            C.    "MICROSOFT OFFICE,"  Trademark Registration No.
5    3,625,391;
6            D.    OFFICE 2012 DESIGN, Trademark Registration No.4,459,826;
7            E.    "MICROSOFT ACCESS," Trademark Registration No.
8    3,238,869;
9            F.    ACCESS LAUNCH ICON, Trademark Registration No.
10   4,365,955;
11           G.    "EXCEL," Trademark Registration No. 2,942,050;
12           H.    EXCEL LAUNCH ICON, Trademark Registration No.
13   4,355,451;
14           I.    "ONENOTE," Trademark Registration No. 2,844,710;
15           J.    ONENOTE LAUNCH ICON, Trademark Registration No.
16   4,351,584;
17           K.    "OUTLOOK," Trademark Registration No. 2,188,125;
18           L.    OUTLOOK LAUNCH ICON, Trademark Registration No.
19   4,355,446;
20           M.    "POWERPOINT," Trademark Registration No. 1,475,795;
21           N.    POWERPOINT LAUNCH ICON, Trademark Registration No.
22   4,385,388;
23           O.    PUBLISHER LAUNCH ICON, Trademark Registration No.
24   4,355,448; and
25           P.    WORD LAUNCH ICON, Trademark Registration No.
26   4,355,444;
27   / / /
28   / / /

-6-

1    True and correct copies of the Trademark Registrations for A through P

2  above are attached hereto as Exhibits 9 through 24, respectively, and are

3  incorporated by reference.

4                    **Defendants' Infringement**

5    12.    Defendants advertised, marketed, copied, offered and/or distributed

6  unauthorized copies of Microsoft software and/or components after Microsoft

7  notified them of the consequences of infringing Microsoft's copyrights, trademarks

8  and/or service mark.

9    13.    On information and belief, Defendants' website advertises that they

10 distribute genuine Microsoft software via Internet download.  In their

11 advertisements, Defendants misappropriate and/or infringe Microsoft's copyrights,

12 advertising ideas, style of doing business, slogans, trademarks and/or service mark

13 by displaying Microsoft's trademarks and copyright protected packaging.  The

14 Microsoft software and components distributed by Defendants are actually

15 unauthorized and infringing.

16   14.    In or about August 2014, Defendants distributed to an investigator via

17 Internet download an unauthorized and infringing copy of Microsoft Office 2013

18 software with unauthorized product keys.

19   15.    By means including a letter dated October 1, 2014, Microsoft notified

20 Defendants that they were distributing unauthorized and infringing Microsoft

21 Office software via download and demanded that Defendants immediately cease

22 and desist.

23   16.    Despite the notice, in or about December 2014, Defendants distributed

24 to an investigator via Internet download an unauthorized and infringing copy of

25 Microsoft Office 2013 software with an unauthorized product key.

26   17.    On information and belief, these are not isolated incidents.  Rather,

27 Defendants have been and continue to be involved in advertising, marketing,

28

1  copying, offering, and/or distributing counterfeit and infringing copies of

2  Microsoft's software and/or related components to unidentified persons or entities.

3      18.    On information and belief, Defendants have committed and are

4  continuing to commit acts of copyright and trademark infringement against

5  Microsoft.  On information and belief, at a minimum, Defendants were willfully

6  blind and acted in reckless disregard of Microsoft's registered copyrights,

7  trademarks and service marks.

8      19.    On information and belief, Microsoft has been harmed by Defendants'

9  activities, including their advertising activities and unauthorized use of Microsoft's

10  copyright protected material, and the unauthorized use of Microsoft's marks to

11  describe the items that Defendants are distributing.

12                        **First Claim**
                **[Copyright Infringement – 17 U.S.C. § 501, et seq.]**
13                      **Against Defendants**

14      20.    Microsoft repeats and incorporates by this reference each and every

15  allegation set forth in paragraphs 1 through 19, inclusive.

16      21.    Microsoft is the sole owner of Microsoft Office 2013, Word 2013,

17  Excel 2013, PowerPoint 2013, OneNote 2013, Outlook 2013, Publisher 2013, and

18  Access 2013 and is the sole owner of the corresponding copyrights and Certificates

19  of Registration.

20      22.    Defendants have infringed the copyrights in Microsoft's software,

21  including but not limited to Microsoft Office 2013, Word 2013, Excel 2013,

22  PowerPoint 2013, OneNote 2013, Outlook 2013, Publisher 2013, and Access 2013,

23  by advertising, marketing, copying, offering, and/or distributing infringing

24  materials in the United States of America without approval or authorization from

25  Microsoft.

26      23.    At a minimum, Defendants acted with willful blindness to and in

27  reckless disregard of Microsoft's registered copyrights.

28

24. As a result of their wrongful conduct, Defendants are liable to Microsoft for direct, contributory and/or vicarious copyright infringement. 17 U.S.C. § 501. Microsoft has suffered damages. Microsoft is entitled to recover damages, which include any and all profits Defendants have made as a result of their wrongful conduct. 17 U.S.C. § 504. Alternatively, Microsoft is entitled to statutory damages under 17 U.S.C. § 504(c).

25. In addition, for the reasons set forth above, the award of statutory damages should be enhanced in accordance with 17 U.S.C. § 504(c)(2). Microsoft is also entitled to injunctive relief pursuant to 17 U.S.C. § 502 and to an order impounding any and all infringing materials pursuant to 17 U.S.C. § 503. Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Microsoft's copyrights are unique and valuable property which have no readily determinable market value, (b) Defendants' infringement harms Microsoft such that Microsoft could not be made whole by any monetary award, and (c) Defendants' wrongful conduct, and the resulting damage to Microsoft, is continuing.

26. Microsoft is also entitled to recover its attorneys' fees and costs of suit. 17 U.S.C. § 505.

### Second Claim
**[Trademark Infringement – 15 U.S.C. § 1114]**
**Against Defendants**

27. Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 26, inclusive.

28. Defendants' activities constitute infringement of Microsoft's federally registered trademarks and service mark in violation of the Lanham Trademark Act, including but not limited to 15 U.S.C. § 1114(1).

29. Because Microsoft advertises, markets, distributes, and licenses its software under the trademarks and service mark described in this Complaint, these

-9-

1   trademarks and service mark are the means by which Microsoft's software is

2   distinguished from the software and related items of others in the same or related

3   fields.

4        30.    Because of Microsoft's long, continuous, and exclusive use of these

5   trademarks and service mark, they have come to mean, and are understood by

6   customers, end users, and the public to signify, software programs or services of

7   Microsoft.

8        31.    The infringing materials that Defendants have and are continuing to

9   advertise, market, copy, offer, and/or distribute are likely to cause confusion,

10  mistake, or deception as to their source, origin, or authenticity.

11       32.    Further, Defendants' activities are likely to lead the public to conclude,

12  incorrectly, that the infringing materials that Defendants are advertising, marketing,

13  copying, offering, and/or distributing originate with or are authorized by Microsoft,

14  to the damage and harm of Microsoft, its licensees, and the public.

15       33.    Upon information and belief, Defendants advertised, marketed, copied,

16  offered and/or distributed infringing material with the purposes of misleading or

17  confusing customers and the public as to the origin and authenticity of the

18  infringing materials and of trading upon Microsoft's business reputation.

19       34.    Defendants had reason to know about infringement of Microsoft's

20  federally registered trademarks and service mark and caused, induced, or materially

21  contributed to it.

22       35.    At a minimum, Defendants acted with willful blindness to and in

23  reckless disregard of Microsoft's registered marks.

24       36.    As a result of their wrongful conduct, Defendants are liable to

25  Microsoft for direct, contributory and/or vicarious trademark infringement.  15

26  U.S.C. § 1114(1).  Microsoft has suffered damages.  Microsoft is entitled to recover

27  damages, which include any and all profits Defendants have made as a result of

28  their wrongful conduct.  15 U.S.C. § 1117(a).

-10-

37.     In addition, because of Defendants' infringement of Microsoft's trademarks and service mark as described above, the award of actual damages and profits should be trebled pursuant to 15 U.S.C. §1117(b).  Alternatively, Microsoft is entitled to statutory damages under 15 U.S.C. § 1117(c).

38.     Microsoft is also entitled to injunctive relief pursuant to 15 U.S.C. § 1116(a) and to an order compelling the impounding of all infringing materials advertised, marketed, copied, offered and/or distributed by Defendants pursuant to 15 U.S.C. § 1116, subsections (a) and (d)(1)(A).  Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Microsoft's trademarks and service mark are unique and valuable property which have no readily determinable market value, (b) Defendants' infringement constitutes harm to Microsoft's such that Microsoft could not be made whole by any monetary award, (c) if Defendants' wrongful conduct is allowed to continue, the public is likely to become further confused, mistaken, or deceived as to the source, origin or authenticity of the infringing materials, and (d) Defendants' wrongful conduct, and the resulting damage to Microsoft, is continuing.

39.     Microsoft is also entitled to recover its attorneys' fees and costs of suit. 15 U.S.C. § 1117.

### Third Claim
### [False Designation Of Origin, False Description And Representation – 15 U.S.C. § 1125 et seq.]
### Against Defendants

40.     Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 39, inclusive.

41.     Because Microsoft advertises, markets, distributes, and licenses its software under the trademarks and service mark described in this Complaint, these trademarks and service mark are the means by which Microsoft's software is distinguished from the software or products of others in the same field or related fields.

-11-

42.     Because of Microsoft's long, continuous, and exclusive use of these trademarks and service mark, they have come to mean, and are understood by customers, end users, and the public to signify, software or services of Microsoft. Microsoft has also designed distinctive and aesthetically pleasing displays, logos, icons, graphic images, and packaging (collectively, "Microsoft visual designs") for its software programs.

43.     Defendants' wrongful conduct includes the use of Microsoft's marks, name, and/or imitation visual designs, specifically displays, logos, icons, graphic designs, and/or packaging virtually indistinguishable from Microsoft visual designs, in connection with their goods and services.

44.     Upon information and belief, Defendants engaged in such wrongful conduct with the purpose of misleading or confusing customers and the public as to the origin and authenticity of the goods and services advertised, marketed, copied, offered and/or distributed in connection with Microsoft's marks, name, and imitation visual designs, and of trading upon Microsoft's goodwill and business reputation.  Defendants' conduct constitutes (a) false designation of origin, (b) false or misleading description, and (c) false or misleading representation that the imitation visual images originate from or are authorized by Microsoft, all in violation of § 43(a) of the Lanham Trademark Act, set forth at 15 U.S.C. § 1125(a).

45.     Defendants' wrongful conduct is likely to continue unless restrained and enjoined.

46.     As a result of Defendants' wrongful conduct, Microsoft has suffered and will continue to suffer damages.  Microsoft is entitled to injunctive relief and to an order compelling the impounding of all imitation marks and visual designs being used, advertised, marketed, copied, offered and/or distributed by Defendants. Microsoft has no adequate remedy at law for Defendants' wrongful conduct because, among other things, (a) Microsoft's marks, name and visual designs are unique and valuable property which have no readily-determinable market value, (b)

-12-

Defendants' advertising, marketing, copying, and/or distribution of imitation visual designs constitutes harm to Microsoft such that Microsoft could not be made whole by any monetary award, and (c) Defendants' wrongful conduct, and the resulting damage to Microsoft, are continuing.

**Fourth Claim**
**[California Common Law Unfair Competition]**
**Against Defendants**

47.    Microsoft realleges, and incorporates by this reference, each and every allegation set forth in paragraphs 1 through 46 inclusive.

48.    The acts and conduct of Defendants as alleged above in this complaint constitute unfair competition and unfair trade practices proscribed by the common law of the State of California.

49.    Defendants' acts and conduct as alleged above have damaged and will continue to damage Microsoft and have resulted in an illicit gain of profit to Defendants in an amount that is unknown at the present time.

50.    Microsoft is entitled to an award of exemplary and punitive damages against the Defendants.

51.    Microsoft is being irreparably harmed by the Defendants' actions, and Microsoft has no adequate remedy at law.  Microsoft is therefore additionally entitled to injunctive relief barring the Defendants from engaging in further acts of unfair competition and unfair trade practices.

**Fifth Claim**
**[For Imposition Of A Constructive Trust Upon Illegal Profits]**
**Against Defendants**

52.    Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 51, inclusive.

53.    Defendants' conduct constitutes deceptive and wrongful conduct in the nature of passing off the infringing materials as genuine Microsoft software or related components approved or authorized by Microsoft.

41826-5022/LEGAL125537342.1

54. By virtue of Defendants' wrongful conduct, Defendants have illegally received money and profits that rightfully belong to Microsoft.

55. Upon information and belief, Defendants hold the illegally received money and profits in the form of bank accounts, real property, or personal property that can be located and traced.

56. Defendants hold the money and profits they have illegally received as constructive trustees for the benefit of Microsoft.

**Sixth Claim**
**[Accounting]**
**Against Defendants**

57. Microsoft repeats and incorporates by this reference each and every allegation set forth in paragraphs 1 through 56, inclusive.

58. Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to recover any and all profits of Defendants that are attributable to their acts of infringement.

59. Microsoft is entitled, pursuant to 17 U.S.C. § 504 and 15 U.S.C. § 1117, to actual damages or statutory damages sustained by virtue of Defendants' acts of infringement.

60. The amount of money due from Defendants to Microsoft is unknown to Microsoft and cannot be ascertained without a detailed accounting by Defendants of the precise number of units of infringing material advertised, marketed, copied, offered and/or distributed by Defendants.

**PRAYER FOR RELIEF**

WHEREFORE, Microsoft respectfully requests judgment as follows:

(1) That the Court enter a judgment against Defendants as indicated below:

(a) that Defendants have willfully infringed Microsoft's rights in the following federally registered copyrights, in violation of 17 U.S.C. § 501:

-14-

1          (1)     TX 7-649-882 ("Office 2013");

2          (2)     TX 7-674-730 ("Word 2013");

3          (3)     TX 7-751-917 ("Excel 2013");

4          (4)     TX 7-751-911 ("PowerPoint 2013");

5          (5)     TX 7-751-910 ("OneNote 2013");

6          (6)     TX 7-700-066 ("Outlook 2013");

7          (7)     TX 7-674-731 ("Publisher 2013"); and

8          (8)     TX 7-751-913 ("Access 2013");

9          (b)     that Defendants have willfully infringed Microsoft's rights in

10    the following federally registered trademarks and service mark, in violation of 15

11    U.S.C. § 1114:

12          (1)     1,200,236 ("MICROSOFT");

13          (2)     1,256,083 ("MICROSOFT");

14          (3)     3,625,391 ("MICROSOFT OFFICE");

15          (4)     4,459,826 (OFFICE 2012 DESIGN);

16          (5)     3,238,869 ("ACCESS");

17          (6)     4,365,955 (ACCESS LAUNCH ICON);

18          (7)     2,942,050 ("EXCEL");

19          (8)     4,355,451  (EXCEL LAUNCH ICON);

20          (9)     2,844,710 ("ONENOTE");

21          (10)    4,351,584 (ONENOTE LAUNCH ICON);

22          (11)    2,188,125 ("OUTLOOK");

23          (12)    4,355,446 (OUTLOOK LAUNCH ICON);

24          (13)    1,475,795 ("POWERPOINT");

25          (14)    4,385,388 (POWERPOINT LAUNCH  ICON);

26          (15)    4,355,448 (PUBLISHER LAUNCH ICON); and

27          (16)    4,355,444 (WORD LAUNCH ICON);

28

1          (c)    that Defendants have committed and are committing acts of

2    false designation of origin, false or misleading description of fact, and false or

3    misleading representation against Microsoft, in violation of 15 U.S.C. § 1125(a);

4          (d)    that Defendants have engaged in unfair competition in violation

5    of California common law; and

6          (e)    that Defendants have otherwise injured the business reputation

7    and business of Microsoft by the acts and conduct set forth in this Complaint.

8        (2)    That the Court issue injunctive relief against Defendants, and that

9    Defendants, their directors, principals, officers, agents, representatives, servants,

10   employees, attorneys, successors and assigns, and all others in active concert or

11   participation with Defendants, be enjoined and restrained from:

12         (a)    imitating, copying, or making any other infringing use or

13   infringing distribution of the software programs, components, end user license

14   agreements ("EULA"), Certificates of Authenticity ("COAs") and/or items

15   protected by the following copyright Certificate Registration Nos.:

16             (1)    TX 7-649-882 ("Office 2013");

17             (2)    TX 7-674-730 ("Word 2013");

18             (3)    TX 7-751-917 ("Excel 2013");

19             (4)    TX 7-751-911 ("PowerPoint 2013");

20             (5)    TX 7-751-910 ("OneNote 2013");

21             (6)    TX 7-700-066 ("Outlook 2013");

22             (7)    TX 7-674-731 ("Publisher 2013");

23             (8)    TX 7-751-913 ("Access 2013");

24   or the software programs, components and/or items protected by Microsoft's

25   registered trademarks and service mark, including, but not limited to, the following

26   Trademark Registration Nos.:

27             (1)    1,200,236 ("MICROSOFT");

28             (2)    1,256,083 ("MICROSOFT");

|     |      |                                        |
|-----|------|----------------------------------------|
| 1   | (3)  | 3,625,391 ("MICROSOFT OFFICE");        |
| 2   | (4)  | 4,459,826 (OFFICE 2012 DESIGN);        |
| 3   | (5)  | 3,238,869 ("ACCESS");                  |
| 4   | (6)  | 4,365,955 (ACCESS LAUNCH ICON);        |
| 5   | (7)  | 2,942,050 ("EXCEL");                   |
| 6   | (8)  | 4,355,451  (EXCEL LAUNCH ICON);        |
| 7   | (9)  | 2,844,710 ("ONENOTE");                 |
| 8   | (10) | 4,351,584 (ONENOTE LAUNCH ICON);       |
| 9   | (11) | 2,188,125 ("OUTLOOK");                 |
| 10  | (12) | 4,355,446 (OUTLOOK LAUNCH ICON);       |
| 11  | (13) | 1,475,795 ("POWERPOINT");              |
| 12  | (14) | 4,385,388 (POWERPOINT LAUNCH  ICON);   |
| 13  | (15) | 4,355,448 (PUBLISHER LAUNCH ICON); and |
| 14  | (16) | 4,355,444 (WORD LAUNCH ICON);          |

and any other items or works now or hereafter protected by any Microsoft trademark or copyright;

(b)     manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, COA and/or item bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks, service mark, or copyrights, including, but not limited to, the Trademark, Service Mark, and Copyright Registration Numbers listed in Sections (2)(a) above;

(c)     using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks, service mark, or copyright including, but not limited to the Trademark, Service Mark, and Copyright Registration Numbers listed in Section (2)(a) above, in connection with the manufacture, assembly, production, distribution, offering for distribution,

-17-

1    circulation, sale, offering for sale, import, advertisement, promotion, or display of

2    any software program, component, EULA, COA, and/or item not authorized or

3    licensed by Microsoft;

4              (d)    using any false designation of origin or false or misleading

5    description or false or misleading representation that can or is likely to lead the

6    trade or public or individuals erroneously to believe that any software program,

7    component, and/or item has been manufactured, assembled, produced, distributed,

8    offered for distribution, circulation, sold, offered for sale, imported, advertised,

9    promoted, displayed, licensed, sponsored, approved, or authorized by or for

10   Microsoft, when such is not true in fact;

11             (e)    engaging in any other activity constituting an infringement of

12   any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's

13   rights in, or right to use or to exploit, these trademarks, service mark, and/or

14   copyrights; and

15             (f)    assisting, aiding, or abetting any other person or business entity

16   in engaging in or performing any of the activities referred to in subparagraphs (a)

17   through (e) above.

18        (3)    That the Court enter an order pursuant to 15 U.S.C. § 1116(a)(d)(1)(A)

19   and 17 U.S.C. § 503 impounding all counterfeit and infringing copies of purported

20   Microsoft software and/or materials bearing any of Microsoft's trademarks or

21   service mark, and any related item, including business records, that is in

22   Defendants' possession or under their control;

23        (4)    That the Court enter an order declaring that Defendants hold in trust,

24   as constructive trustees for the benefit of Microsoft, their illegal profits obtained

25   from their distribution of counterfeit and infringing copies of Microsoft's software,

26   and requiring Defendants to provide Microsoft a full and complete accounting of all

27   amounts due and owing to Microsoft as a result of Defendants' illegal activities.

28

-18-

1        (5)     That the Court order Defendants to pay Microsoft's general, special,

2   actual, and statutory damages as follows:

3             (a)     Microsoft's damages and Defendants' profits pursuant to 17

4   U.S.C. § 504(b), or alternatively, enhanced statutory damages pursuant to 17 U.S.C.

5   § 504(c), and 17 U.S.C. § 504(c)(2);

6             (b)     Microsoft's damages and Defendants' profits pursuant to 15

7   U.S.C. § 1117(a), trebled pursuant to 15 U.S.C. § 1117(b), or in the alternative,

8   statutory damages pursuant to 15 U.S.C. §1117(c) for each counterfeit mark; and

9             (c)     Microsoft's damages and Defendants' profits pursuant to

10  California common law.

11       (6)     That the Court order Defendants to pay to Microsoft both the costs of

12  this action and the reasonable attorneys' fees incurred by it in prosecuting this

13  action; and

14       (7)     That the Court grant to Microsoft such other and additional relief as is

15  just and proper.

16

17  DATED:  April 3, 2015                 **PERKINS COIE** LLP

18

19                                 By: /s/ Katherine M. Dugdale
                                     Katherine M. Dugdale

20

21                                Attorneys for Plaintiff
                                MICROSOFT CORPORATION

22

23

24

25

26

27

28

41826-5022/LEGAL125537342.1